570 A.2d 968

STATE OF NEW JERSEY v. THOMAS VALERINO.

October 31, 1989.

Petition for certification denied.

570 A.2d 969

STATE OF NEW JERSEY v. STEPHEN MCCARTHY.

October 31, 1989.

Petition for certification denied.

570 A.2d 969

STATE OF NEW JERSEY v. LARRY JONES.

October 31, 1989.

Petition for certification denied.

570 A.2d 969

STATE OF NEW JERSEY v. JOHNNY DEAVEROUX.

October 31, 1989.

Petition for certification denied.